IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DAVID KAY**                                                                   **PLAINTIFF**

v.                         No. 4:14-cv-179-DPM

**CORY MCMILLAN and RABBIT
RIVER TRANSPORT II, d/b/a
Northern Equipment Leasing**                              **DEFENDANTS**

## JUDGMENT

This case is dismissed with prejudice pursuant to the parties' stipulation.

*signature*
D.P. Marshall Jr.
United States District Judge

22 April 2015